IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN WALKER, PH.D.; ROBERT B. BROBST; ROBERT K. BASTIAN; and CHARLES E. GROSS,<br><br>               Petitioners,<br><br>    v.<br><br>THE CENTER FOR FOOD SAFETY,<br><br>               Respondent. | Case No.: 1:09-mc-00279 (RMC) |

**MOTION FOR ENTRY OF ORDER COMPELLING PRODUCTION OF DOCUMENTS**

      Petitioners John Walker, Ph.D., Robert B. Brobst, Robert K. Bastian, and Charles E. Gross (collectively, "Petitioners"), by and through their undersigned counsel, hereby move the Court to enter an Order granting their Motion to Compel Production of Documents and compelling The Center for Food Safety ("CFS") to produce the documents requested by a subpoena to produce documents issued by this Court and served on CFS on April 29, 2009 (the "Subpoena"), and state as follows:

      1.     On April 29, 2009, Petitioners' counsel caused this Court to issue the Subpoena on CFS, seeking various documents in the possession, custody or control of CFS.

      2.     On May 8, 2009, CFS, through Mr. Andrew C. Kimbrell, Executive Director of CFS, provided a written response to the Subpoena, but did not produce any documents, claiming that the documents sought by the Subpoena were protected by either the attorney-client privilege or the attorney work product doctrine.

      3.     On May 14, 2009, Petitioners' counsel sent a letter to CFS disputing CFS' claim of privilege over these documents and requesting further information in response to the Subpoena (the "May 14 Letter").

4. Petitioners' counsel sent a second letter to CFS on May 29, 2009, again requesting a response to the May 14 Letter and informing CFS that they would file a motion to compel if CFS did not respond by June 2, 2009.

5. CFS did not respond or attempt to communicate with Petitioners' attorneys in any manner at any time.

6. On June 5, 2009, Petitioners filed with this Court a Motion to Compel Production of Documents (the "Motion") seeking the documents requested from CFS by the Subpoena.

7. The Motion was first served on CFS on June 24, 2009. (*See* Affidavit of Process Server, attached hereto as Exhibit A).

8. Pursuant to Local Civil Rule 7(b) of the United States District Court for the District of Columbia, if an opposing party does not serve and file a memorandum of points and authorities in opposition to a motion within eleven (11) days of the date of service of the motion, "the Court may treat the motion as conceded."

9. The eleven-day time period for CFS to respond to the Motion ended on July 6, 2009.

10. CFS was apparently aware of the deadline for responding to the Motion and attempted to get the Motion dropped before the deadline expired. (*See* Email from Richard Wingate to George Weaver, et al., dated July 6, 2009, attached hereto as Exhibit B).

11. As of the date of this filing, CFS has not filed a memorandum opposing the Motion or otherwise responded to the Motion.

12. Accordingly, Petitioners respectfully request that the Court enter the attached Proposed Order granting the Motion and compelling CFS to produce the documents requested by the Subpoena.

- 3 -

Respectfully submitted,

*/s/ David M. Irvine*
David M. Irvine
DC Bar No. 982091
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C.  20006
Phone:  (202) 496-7500
Fax:  (202) 496-7756

Barry J. Armstrong
Georgia Bar No. 022055
Ian K. Byrnside
Georgia Bar No. 167521
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia 30308
Tel:  (404) 527-4000
Fax: (404) 527-4198

Attorneys for Petitioners John Walker, Ph.D., Robert B. Brobst, Robert K. Bastian, and Charles E. Gross

Dated:  July 14, 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN WALKER, PH.D.; ROBERT B. BROBST; ROBERT K. BASTIAN; and CHARLES E. GROSS,<br><br>Petitioners,<br><br>v.<br><br>THE CENTER FOR FOOD SAFETY,<br><br>Respondent. | Case No.: 1:09-mc-00279 (RMC) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR ENTRY OF ORDER COMPELLING PRODUCTION OF DOCUMENTS** was served via first-class mail, postage prepaid, on this 14th day of July, 2009, to the following:

> The Center for Food Safety
> Attn: Andrew C. Kimbrell
> 660 Pennsylvania Ave. SE
> Suite 302
> Washington, DC 20003

*/s/ David M. Irvine*
David M. Irvine