IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN WALKER, PH.D.; ROBERT B. BROBST; ROBERT K. BASTIAN; and CHARLES E. GROSS,<br><br>        Petitioners,<br><br>v.<br><br>THE CENTER FOR FOOD SAFETY,<br><br>        Respondent. | Case No.: 1:09-mc-00279 (RMC) |

## ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Before the Court is a Motion to Compel Production of Documents (the "Motion") submitted by Petitioners John Walker, Ph.D., Robert B. Brobst, Robert K. Bastian, and Charles E. Gross (collectively, "Petitioners") and filed with this Court on June 5, 2009. Upon review and consideration of the Motion for Entry of Order Compelling Production of Documents filed by Petitioners, it appearing to the Court that The Center for Food Safety was first served with the Motion on June 24, 2009, and it further appearing to the Court that more than eleven (11) days have elapsed since that date without a response from The Center for Food Safety, it is hereby:

ORDERED that the Motion is GRANTED in its entirety; and it is hereby

FURTHER ORDERED that The Center for Food Safety be compelled to produce all documents in its possession, custody or control requested by the subpoena to produce documents issued by this Court and served on The Center for Food Safety on April 29, 2009, within five (5) days of the Court's Order.

IT IS SO ORDERED this ____ day of _____, 2009.

                                                                       _____
                                                                       The Honorable Rosemary M. Collyer
                                                                       United States District Court Judge

- 2 -

Copies to:

David M. Irvine
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C.  20006

Barry J. Armstrong
Ian K. Byrnside
McKenna Long & Aldridge LLP
303 Peachtree St. NE, Suite 5300
Atlanta, GA 30308

The Center for Food Safety
Attn: Andrew C. Kimbrell
660 Pennsylvania Ave, S.E.
Suite 302
Washington, D.C. 20003