# EXHIBIT A
# Case No. 1:09-MC-00279 RMC

# AFFIDAVIT OF PROCESS SERVER

## United States Disrict Court

## District Of Columbia

**John Walker, PH.D., et al**

    Plaintiff

vs.

**The Center for Food Safety**

    Defendant

Attorney:

McKenna Long & Aldridge LLP
303 Peachtree St., NE, #5300
Atlanta, GA. 30308

**Case Number:** 1:09-mc-00279

Legal documents received by Same Day Process Service, Inc. on June 24th, 2009 at 10:00 AM to be served upon **The Center for Food Safety at 660 Pennsylvania Ave., SE, #302, Washington, DC. 20003**

I, Christian Miles, swear and affirm that on **June 24th, 2009 at 2:48 PM**, I did the following:

Served **The Center for Food Safety** by delivering a conformed copy of the **Motion to Compel Production of Documents; Brief in Support of Motion to Compel Production of Documents; Exhibits to Sofia Kruszewski as Authorized Agent** of The Center for Food Safety at **660 Pennsylvania Ave., SE, #302, Washington, DC 20003**.

**Description of Person Accepting Service:**
Sex: Female   Age: 28   Height: 5'8"   Weight: 150   Skin Color: White   Hair Color: Brown   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Christian Miles**
Process Server

**Same Day Process Service, Inc.**
**1322 Maryland Ave., NE**
**Washington, DC 20002-4401**

**(202) 398-4200**

Internal Job ID: 0000022201

District of Columbia: SS
Subscribed and Sworn to before me,

this 2 5 day of June 2009

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.