# EXHIBIT B
# Case No. 1:09-MC-00279 RMC

## Byrnside, Ian

| | |
|---|---|
| **From:** | Richard Wingate [RWingate@hallmanwingate.com] |
| **Sent:** | Monday, July 06, 2009 8:47 AM |
| **To:** | George Weaver; F. Edwin Hallman, Jr.; Zachary Wilson; Kathryn Sims |
| **Cc:** | Lott III, C. Lee; Armstrong, Barry; Byrnside, Ian; Jeff Shaw |
| **Subject:** | RE: Lewis v. Walker, qui tam |

George,
We would agree to an extension ONLY if Ian and Barry will drop the Motion to Compel filed against the Center for Food Safety. We need an answer by 5pm today, Monday, July 6 or the answer becomes a permanent NO.
Thanks.
Richard

---

**From:** George Weaver [mailto:gweaver@hw-law.com]
**Sent:** Friday, July 03, 2009 2:55 PM
**To:** F. Edwin Hallman, Jr.; Richard Wingate; Zachary Wilson; Kathryn Sims
**Cc:** Lott III, C. Lee; barmstrong@mckennalong.com; ibyrnside@mckennalong.com; Jeff Shaw
**Subject:** Lewis v. Walker, qui tam

Ed, Richard & Zach,

Please let us know if you would consent to an extension of time through August 7 for Defendants to file dispositive motions.

Thanks,
George M. Weaver
*Hollberg & Weaver, LLP*
404-760-1116
gweaver@hw-law.com

The information contained in or attached to this email is intended only for the persons or entities to which it is addressed. It may constitute an attorney-client communication and/or attorney work product. Such information is legally privileged and confidential. If you receive this email or its attachments and you are not an intended recipient, please understand than any use, review, distribution, or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please immediately delete it and all copies from your computer and notify us by telephone at 404-760-1116 or email. A reply to this email by a person or entity which has not entered into a written attorney employment agreement with Hollberg & Weaver, LLP does not create or reflect an attorney-client relationship. Thank you for your cooperation.